**Order entered May 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00294-CV

**D MAGAZINE PARTNERS, L.P. D/B/A D MAGAZINE AND DALLAS SYMPHONY ASSOCIATION, INC. A/K/A DALLAS SYMPHONY ORCHESTRA, Appellants**

**V.**

**JOSE REYES, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07308**

## ORDER

We **GRANT** appellee's May 10, 2016 unopposed motion for an extension of time to file a brief in response to the brief filed by appellant D Magazine Partners, L.P. and extend the time to **JUNE 6, 2016**. No further extension of time will be granted in this accelerated appeal absent extenuating circumstances.

/s/    ELIZABETH LANG-MIERS
       JUSTICE